UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LONNIE CARTER,

                Plaintiff,

v.

MRS. S. PHILLIPS, et al.,

                Defendants.

Case No. C11-1104-RAJ-BAT

**REPORT AND RECOMMENDATION**

Plaintiff Lonnie Carter filed a § 1983 complaint on July 11, 2011.  Dkt. 4.  On October 15, 2012, the parties filed a stipulated motion to dismiss.  Dkt. 38.  Based on the stipulation, the Court recommends that matter be **DISMISSED** with prejudice as to all defendants and without costs or attorney fees.

Because the parties have stipulated that the case be dismissed with prejudice, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation.  A proposed order accompanies this Report and Recommendation.

DATED this 16th day of October, 2012.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

REPORT AND RECOMMENDATION - 1