UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LONNIE CARTER,

                Plaintiff,

   v.

MRS. S. PHILLIPS, et al.,

                Defendants.

Case No. C11-1104-RAJ

**STIPULATED ORDER OF DISMISSAL**

The Court, after careful consideration of the parties' Stipulated Motion for Dismissal with prejudice (Dkt. 38), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The plaintiff's § 1983 complaint (Dkt. 4) is **DISMISSED** with prejudice as to all defendants and without costs or attorney fees; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 22nd day of October, 2012.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATED ORDER OF DISMISSAL - 1